JASON P. BROWN (SBN 266472)
E-Mail: jbrown@fisherphillips.com
DAVID M. SHANNON (SBN 342187)
E-Mail: dshannon@fisherphillips.com
FISHER & PHILLIPS LLP
One Montgomery Street, Suite 3400
San Francisco, California 94104
Telephone: (415) 490-9000
Facsimile: (415) 490-9001

Attorneys for Defendant
BOOMI, LP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSÉ DIVISION

| | |
|---|---|
| HOSSAI KOCHAI, <br><br> Plaintiff, <br><br> v. <br><br> BOOMI, LP., DOUGLAS MARTIN, NEIL KOLE, and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No: 5:24-cv-07459-PCP <br><br> *(Removed from Santa Clara Superior Court, Case No. 24CV439696)* <br><br> [~~PROPOSED~~] **ORDER REMANDING CASE** |

Upon review of the Notice of Withdrawal of Opposition to Motion to Remand and the accompanying Joint Stipulation to Remand, this Court orders the following:

**ORDERED:** This case is REMANDED to the Superior Court of California, County of Santa Clara entitled *Hossai Kochai v. Boomi Inc, et al.*, Case No. 24CV439696. The Clerk is further directed to terminate all pending motions and close this case.

**IT IS SO ORDERED.**

Dated: January 30, 2025

THE HONORABLE P. CASEY PITTS
UNITED STATES DISTRICT COURT JUDGE